IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MICHAEL PHILLIPS,
ADC #145557                                                                                         PLAINTIFF

V.                            CASE NO. 4:18-CV-399-KGB-BD

JAMES SINGLETON, *et al*.                                                                       DEFENDANTS

## ORDER

Plaintiff Michael Phillips, an Arkansas Department of Correction inmate formerly detained at the Hempstead County Jail, filed this case without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #2) Mr. Phillips's claims arose while he was housed at the Hempstead County Jail in Hope, Arkansas, which lies in the Western District of Arkansas.

The interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas, under 28 U.S.C. 1406(a). The Clerk of Court, therefore, is directed to immediately transfer this case to the United States District Court for the Western District of Arkansas, Texarkana Division, United States Courthouse, Judge Isaac C. Parker Federal Building, Room 1038, Fort Smith, Arkansas 72901.

IT IS SO ORDERED, this 13th day of June, 2018.

_____
UNITED STATES MAGISTRATE JUDGE